# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 21, 2014

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MORRIS GEMAL JOHNSON,** | : | **VIOLATION:** |
| | : | 26 U.S.C. § 5861(d) and § 5871 |
| Defendant. | : | (Unlawful Receipt or Possession of an |
| | : | Unregistered Firearm and Destructive |
| | : | Device) |
| | : | |
| | : | **FORFEITURE: 26 U.S.C. § 5872 and** |
| | : | **21 U.S.C. § 853(p)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 13, 2014, within the District of Columbia, the defendant, **MORRIS GEMAL JOHNSON**, knowingly received and possessed a firearm that is a 37mm shell modified as an improvised explosive device, which is a destructive device, not registered to him in the National Firearms Registration and Transfer Record.

**(Unlawful Receipt or Possession of an Unregistered Firearm and Destructive Device)**, in violation of Title 26, United States Code, Section 5861(d) and 5871)

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872(a), any firearm

involved in the offense.  The property subject to forfeiture includes the 37mm shell modified as an improvised explosive device, which was involved in the commission of the offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 26, United States Code, Section 5872(a) and Title 21, United States Code, Sections 853(p))

A TRUE BILL:


FOREPERSON


Acting Attorney of the United States in
and for the District of Columbia.